# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MICHAEL SHERMAN | CIVIL DIVISION |
| Plaintiff, | |
| v. | No. GD- |
| JOHN BROWN INSURANCE AGENCY INC., JOHN M. BROWN INSURANCE AGENCY INC., JOHN M. BROWN, ARTURO CORONEL, JR., | |
| | **PRAECIPE FOR WRIT OF SUMMONS** |
| Defendants. | |
| | Filed on behalf of Plaintiff |
| | Counsel for Plaintiff: |
| | LOUIS LOUGHREN, ESQUIRE<br>PA ID # 5036 |
| | HEATHER M. HAMILTON, ESQUIRE<br>PA ID# 87591 |
| | Loughren Loughren & Loughren P.C.<br>310 Grant Street, Suite 2800<br>Pittsburgh, PA 15219 |
| | (412) 232-3530 Telephone<br>(412) 232-3535 Fax |

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MICHAEL SHERMAN | CIVIL DIVISION |
| Plaintiff, | No. GD |
| v. | |
| JOHN BROWN INSURANCE AGENCY INC., JOHN M. BROWN INSURANCE AGENCY INC., JOHN M. BROWN, ARTURO CORONEL, JR., | |
| Defendants. | |

## PRAECIPE FOR WRIT OF SUMMONS

Kindly issue a writ of summons in civil action against each named Defendant in connection with the above-captioned matter.

Respectfully submitted,

Louis B. Loughren, Esquire
Heather M. Hamilton, Esquire
Attorneys for Plaintiff