IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SHERMAN and RICHARD J. FRISCHOLZ, JR., ADMINISTRATOR OF THE ESTATE OF BRETT FRISCHOLZ, DEC'D., <br><br> Plaintiff, <br><br> v. <br><br> JOHN BROWN INSURANCE AGENCY, INC., JOHN M. BROWN INSURANCE AGENCY, INC., JOHN M. BROWN, AND ARTURO CORONEL, JR. <br><br> Defendants. | CIVIL ACTION NO. 2:14-cv-572-MBC <br><br> HON. MAURICE B. COHILL, JR. |

## **STIPULATION OF VOLUNTARY DISMISSAL**

The parties, through their undersigned counsel, hereby stipulate and agree that all claims asserted by plaintiffs against defendants in the above-captioned matter are hereby dismissed with prejudice. The Parties are responsible for their own costs and attorney's fees, if any. Agreed to this 15th day of February 2019.

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

          */s/ John R. Brumberg*
Mark Gordon, Esquire (311352)
John R. Brumberg, Esquire (25561)
38th Floor One Oxford Centre
Pittsburgh, PA  15219

*Attorneys for Plaintiffs, MICHAEL SHERMAN and RICHARD J. FRISCHOLZ, JR., ADMINISTRATOR OF THE ESTATE OF BRETT FRISCHOLZ*

SWARTZ CAMPBELL, LLC


*/s/ Kathleen M. Carson*
Kathleen M. Carson, Esquire (47981)
Jeffrey B. McCarron, Esquire (49467)
Two Liberty Place, 28th Floor
50 South 16th Street
Philadelphia, PA  19102

*Attorneys for JOHN BROWN INSURANCE AGENCY, INC., JOHN M. BROWN INSURANCE AGENCY, INC., JOHN M. BROWN and ARTURO CORONEL, JR.*